UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BURNHAM and MICHAEL ASHKER, in both his individual capacity and in his capacity as the Sellers Representative under the Parties' May 5, 2023 Membership Interest Purchase Agreement,

                Plaintiffs,

v.

COMPASS MINERALS INTERNATIONAL, INC. and COMPASS MINERALS AMERICA, INC.,

                Defendants.

25 Civ. 3892 (RMB) (OTW)

**ORDER**

The Court directs defense counsel Rebecca R. McLaughlin to submit a letter brief with authorities supplementing the three page letter submitted to the Court on May 21, 2025. The letter brief should be filed no later than 4:00 PM on May 22, 2025.

Dated: New York, New York
        May 22, 2025

*/s/ RMB*
**RICHARD M. BERMAN, U.S.D.J.**