UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BURNHAM and MICHAEL ASHKER, in both his individual capacity and in his capacity as the Sellers Representative under the Parties' May 5, 2023 Membership Interest Purchase Agreement,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COMPASS MINERALS INTERNATIONAL, INC. and COMPASS MINERALS AMERICA, INC.,<br><br>                    Defendants. | 25 Civ. 3892 (RMB) (OTW)<br><br>**ORDER** |

Defense counsel is requested to submit a brief letter to the Court (up to 3 pages) describing the status of any sale of Fortress and/or its assets to a third party, including dates. The letter should be filed with the Court by 1:00 PM on Monday, June 30, 2025.

Plaintiffs may respond by letter (up to 3 pages) by 1:00 pm on Tuesday July 1, 2025.

Dated: New York, New York
       June 27, 2025

*Richard M. Berman*
**RICHARD M. BERMAN, U.S.D.J.**