August 4, 2025

<u>VIA ECF</u>
Hon. Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:    *Burnham, et al.*, v. *Compass Minerals International, Inc., et al.*, Case No. 25 Civ. 03892 (S.D.N.Y.)

Dear Judge Berman:

The Parties in the above-captioned case submit this joint letter to request an adjournment of the initial pretrial conference currently scheduled for August 20, 2025. (ECF No. 32.) One prior request for adjournment has been granted. As this Court is aware, the Parties have agreed to engage in private mediation, which was originally scheduled to take place on August 1, 2025, but has since been rescheduled until October 3, 2025. The Parties note that the Court set the August 20 date with the intent of having the conference shortly after the mediation and respectfully submit that it is in the interest of judicial economy to adjourn the pretrial conference until after the mediation has taken place. We therefore propose that the pretrial conference be rescheduled to a date, at the Court's convenience, no earlier than October 6, 2025.

Respectfully submitted,

/s/ Joel Kurtzberg
Joel Kurtzberg
*Counsel for Plaintiffs*

/s/ Rebecca R. McLaughlin
Rebecca R. McLaughlin
*Counsel for Defendants*

Application Granted.

Adjourned to 10/7/25

@ 10:00 A.M. (17B)

CC: All counsel of record via ECF.

SO ORDERED:
Date: 8/4/25

Richard M. Berman, U.S.D.J.